## General Services Administration
### Earnings and Leave Statement

| | |
|---|---|
| For Pay Period Ending | 02/29/2020 |
| Net Pay | $ 2,259.48 |
| Pay Period # | 05 |
| Pay Date | 03/11/2020 |

| Name | Pay Plan/Grade/Step | Annual Salary | Hourly Rate |
|---|---|---|---|
| TRANTER, DOUGLAS E | GS  12  08 | $ 102,860.00 | $ 49.29 |

**Home Address**
2325 KENILWORTH ROAD
ARDMORE, PA 19003

**Pay Check Address**

### Basic Information
- Service Comp Date: 07/12/2004
- OASDI Gross: 19,415.32
- TSP Tax Deferred Amt/%: 0.05
- Cumulative Retirement Agency: 3,315.17
- Medicare Gross: 19,415.32
- HBI Pre-Tax: 579.87

| Your Pay Consists of | Current | YTD |
|---|---|---|
| Gross Pay | 3,943.20 | 20,022.55 |
| Total Deductions | 1,683.72 | 8,523.53 |
| Net Pay | 2,259.48 | 11,499.02 |

| Tax Information | Marital Status | Exemptions | Additional Withholding | Current Wages | YTD Wages |
|---|---|---|---|---|---|
| Federal | S | 2 | 0.00 | | |
| State (PA) | | 0 | 0.00 | 3,820.80 | 19,415.32 |
| City (PHILADELPHIA, PA) | S | 0 | 0.00 | 3,943.20 | 20,022.55 |

### EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Base Pay | | 0.00 | | 80.00 | 3,128.80 | 19,592.80 |
| Locality Pay | | 0.00 | | 0.00 | 814.40 | |
| Holiday Pay | | | | 0.00 | 0.00 | 429.75 |

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Tax | | 0.00 | 530.35 | 2,725.10 | State Tax | | 0.00 | 117.30 | 596.06 |
| Local Tax | | 0.00 | 135.97 | 690.42 | GLI Basic Employee | | 0.00 | 15.75 | 78.30 |
| Medicare | | 0.00 | 55.40 | 281.52 | OASDI | | 0.00 | 236.89 | 1,203.75 |
| HBI | | 0.00 | 116.91 | 579.87 | TSP Employee | | 0.00 | 197.16 | 979.64 |
| Retire FERS Employee | | 0.00 | 31.55 | 156.76 | TSP Loan Repay | | 0.00 | 240.95 | 1,204.75 |
| Vision | | 0.00 | 5.49 | 27.36 | | | | | |

### BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 7.88 | 39.17 | FEHB | 235.77 | 1,173.26 |
| FERS/CSRS | 630.91 | 3,134.84 | Medicare | 55.40 | 281.52 |
| OASDI | 236.89 | 1,203.75 | TSP Basic | 39.43 | 195.92 |
| TSP Matching | 157.73 | 783.72 | | | |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 80.60 | | 8.00 | 32.00 | | | | 112.60 |
| Sick Leave | 30.00 | | 4.00 | 16.00 | 9.00 | 9.00 | | 37.00 |

### ANNUAL LEAVE

Category: 8                              Use Or Lose Balance: 48.60

### REMARKS

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

## General Services Administration
### Earnings and Leave Statement

| | |
|---|---|
| For Pay Period Ending | 02/15/2020 |
| Net Pay | $ 2,259.48 |
| Pay Period # | 04 |
| Pay Date | 02/26/2020 |

| Name | Pay Plan/Grade/Step | Annual Salary | Hourly Rate |
|---|---|---|---|
| TRANTER, DOUGLAS E | GS  12  08 | $ 102,860.00 | $ 49.29 |

**Home Address**
2326 KENILWORTH ROAD
ARDMORE, PA 19003

**Pay Check Address**

### Basic Information
Service Comp Date  07/12/2004
OASDI Gross  15,594.52
TSP Tax Deferred Amt/%  0.05
Cumulative Retirement Agency  3,283.62
Medicare Gross  15,594.52
HBI Pre-Tax  462.96

| Your Pay Consists of | Current | YTD | Tax Information | Marital Status | Exemptions | Additional Withholding | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | 3,943.20 | 16,079.35 | | | | | | |
| Total Deductions | 1,683.72 | 6,839.81 | Federal | S | 2 | 0.00 | | |
| Net Pay | 2,259.48 | 9,239.54 | State ( PA ) | | 0 | 0.00 | 3,820.80 | 15,594.52 |
| | | | City ( PHILADELPHIA,PA ) | S | 0 | 0.00 | 3,943.20 | 16,079.35 |

### EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Base Pay | | 0.00 | | 80.00 | 3,128.80 | 15,649.60 |
| Locality Pay | | 0.00 | | 0.00 | 814.40 | |
| Holiday Pay | | | | 0.00 | 0.00 | 429.75 |

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Tax | | 0.00 | 530.35 | 2,194.75 | State Tax | | 0.00 | 117.30 | 478.76 |
| Local Tax | | 0.00 | 135.97 | 554.45 | GLI Basic Employee | | 0.00 | 15.75 | 62.55 |
| Medicare | | 0.00 | 55.40 | 226.12 | OASDI | | 0.00 | 236.89 | 966.86 |
| HBI | | 0.00 | 116.91 | 462.96 | TSP Employee | | 0.00 | 197.16 | 782.48 |
| Retire FERS Employee | | 0.00 | 31.55 | 125.21 | TSP Loan Repay | | 0.00 | 240.95 | 963.80 |
| Vision | | 0.00 | 5.49 | 21.87 | | | | | |

### BENEFITS PAID BY GOVT

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 7.88 | 31.29 | FEHB | 235.77 | 937.49 |
| FERS/CSRS | 630.91 | 2,503.93 | Medicare | 55.40 | 226.12 |
| OASDI | 236.89 | 966.86 | TSP Basic | 39.43 | 156.49 |
| TSP Matching | 157.73 | 625.99 | | | |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | | 80.60 | 8.00 | 24.00 | | | | 104.60 |
| Sick Leave | | 30.00 | 4.00 | 12.00 | | | | 42.00 |

### ANNUAL LEAVE
Category: 8            Use Or Lose Balance: 48.60

### REMARKS

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| General Services Administration<br>Earnings and Leave Statement | | For Pay Period Ending<br>02/01/2020 | Net Pay<br>$ 2,259.48 |
|---|---|---|---|
| | | Pay Period #<br>03 | Pay Date<br>02/12/2020 |
| Name<br>TRANTER, DOUGLAS E | Pay Plan/Grade/Step<br>GS  12  08 | Annual Salary<br>$ 102,860.00 | Hourly Rate<br>$ 49.29 |
| Home Address<br>2326 KENILWORTH ROAD<br>ARDMORE, PA 19003 | | Pay Check Address | |

**Basic Information**
Service Comp Date 07/12/2004
OASDI Gross 11,773.72
TSP Tax Deferred Amt/% 0.05
Cumulative Retirement Agency 3,252.07
Medicare Gross 11,773.72
HBI Pre-Tax 346.05

| Your Pay Consists of | Current | YTD | Tax Information | Marital Status | Exemptions | Additional Withholding | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | 3,943.20 | 12,136.15 | Federal | S | 2 | 0.00 | | |
| Total Deductions | 1,683.72 | 5,156.09 | State ( PA ) | | 0 | 0.00 | 3,820.80 | 11,773.72 |
| Net Pay | 2,259.48 | 6,980.06 | City ( PHILADELPHIA,PA ) | S | 0 | 0.00 | 3,943.20 | 12,136.15 |

### EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Base Pay | | 0.00 | | 80.00 | 3,128.80 | 11,706.40 |
| Locality Pay | | 0.00 | | 0.00 | 814.40 | |
| Holiday Pay | | | | 0.00 | 0.00 | 429.75 |

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Tax | | 0.00 | 530.35 | 1,664.40 | State Tax | | 0.00 | 117.30 | 361.46 |
| Local Tax | | 0.00 | 135.97 | 418.48 | GLI Basic Employee | | 0.00 | 15.75 | 46.80 |
| Medicare | | 0.00 | 55.40 | 170.72 | OASDI | | 0.00 | 236.89 | 729.97 |
| HBI | | 0.00 | 116.91 | 346.05 | TSP Employee | | 0.00 | 197.16 | 585.32 |
| Retire FERS Employee | | 0.00 | 31.55 | 93.66 | TSP Loan Repay | | 0.00 | 240.95 | 722.85 |
| Vision | | 0.00 | 5.49 | 16.38 | | | | | |

### BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 7.88 | 23.41 | FEHB | 235.77 | 701.72 |
| FERS/CSRS | 630.91 | 1,873.02 | Medicare | 55.40 | 170.72 |
| OASDI | 236.89 | 729.97 | TSP Basic | 39.43 | 117.06 |
| TSP Matching | 157.73 | 468.26 | | | |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | | 80.60 | 8.00 | 16.00 | | | | 96.60 |
| Sick Leave | | 30.00 | 4.00 | 8.00 | | | | 38.00 |

### ANNUAL LEAVE

Category: 8                                              Use Or Lose Balance: 48.60

### REMARKS

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| General Services Administration<br>Earnings and Leave Statement | For Pay Period Ending<br>01/18/2020 | Net Pay<br>$ 2,259.48 |
|---|---|---|
| | Pay Period #<br>02 | Pay Date<br>01/29/2020 |

| Name<br>TRANTER, DOUGLAS E | Pay Plan/Grade/Step<br>GS  12  08 | Annual Salary<br>$ 102,860.00 | Hourly Rate<br>$ 49.29 |
|---|---|---|---|
| Home Address<br>2326 KENILWORTH ROAD<br>ARDMORE, PA 19003 | | Pay Check Address | |

**Basic Information**
Service Comp Date  07/12/2004
OASDI Gross  7,952.92
TSP Tax Deferred Amt/%  0.05
Cumulative Retirement Agency  3,220.52
Medicare Gross  7,952.92
HBI Pre-Tax  229.14

| Your Pay Consists of | Current | YTD | Tax Information | Marital Status | Exemptions | Additional Withholding | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | 3,943.20 | 8,192.95 | Federal | S | 2 | 0.00 | | |
| Total Deductions | 1,683.72 | 3,472.37 | State ( PA ) | | 0 | 0.00 | 3,820.80 | 7,952.92 |
| Net Pay | 2,259.48 | 4,720.58 | City ( PHILADELPHIA,PA ) | S | 0 | 0.00 | 3,943.20 | 8,192.95 |

### EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Base Pay | | 0.00 | | 80.00 | 3,128.80 | 7,763.20 |
| Locality Pay | | 0.00 | | 0.00 | 814.40 | |
| Holiday Pay | | | | 0.00 | 0.00 | 429.75 |

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Tax | | 0.00 | 530.35 | 1,134.05 | State Tax | | 0.00 | 117.30 | 244.16 |
| Local Tax | | 0.00 | 135.97 | 282.51 | GLI Basic Employee | | 0.00 | 15.75 | 31.05 |
| Medicare | | 0.00 | 55.40 | 115.32 | OASDI | | 0.00 | 236.89 | 493.08 |
| HBI | | 0.00 | 116.91 | 229.14 | TSP Employee | | 0.00 | 197.16 | 388.16 |
| Retire FERS Employee | | 0.00 | 31.55 | 62.11 | TSP Loan Repay | | 0.00 | 240.95 | 481.90 |
| Vision | | 0.00 | 5.49 | 10.89 | | | | | |

### BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 7.88 | 15.53 | FEHB | 235.77 | 465.95 |
| FERS/CSRS | 630.91 | 1,242.11 | Medicare | 55.40 | 115.32 |
| OASDI | 236.89 | 493.08 | TSP Basic | 39.43 | 77.63 |
| TSP Matching | 157.73 | 310.53 | | | |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 80.60 | | 8.00 | 8.00 | | | | 88.60 |
| Sick Leave | 30.00 | | 4.00 | 4.00 | | | | 34.00 |

### ANNUAL LEAVE

Category: 8                                                              Use Or Lose Balance: 48.60

### REMARKS

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED