IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-11543-amc |
| DOUGLAS EDWARD TRANTER, JR., | Chapter 13 |
| Debtor, | Related to Doc. No. 24 |
| HARLEY-DAVIDSON CREDIT CORP., | |
| Movant, | |
| v. | |
| DOUGLAS EDWARD TRANTER, JR., and WILLIAM C. MILLER, Trustee, | |
| Respondents. | |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF AMENDED PLAN DATED MAY 20, 2020

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of the Amended Plan* (the "Objection"), filed on May 20, 2020, at Document No. 24. The Debtor's Amended Plan filed on May 22, 2020, at Document No. 25 cures the objection to the Motion.

Dated: May 26, 2020

                                                  Respectfully submitted,

                                                  BERNSTEIN-BURKLEY, P.C.

                                                  By: /s/ Keri P. Ebeck
                                                  Keri P. Ebeck
                                                  PA I.D. # 91298
                                                  kebeck@bernsteinlaw.com
                                                  707 Grant Street, Suite 2200
                                                  Pittsburgh, PA 15219
                                                  412-456-8112
                                                  Fax: (412) 456-8120

                                                  Counsel for Harley-Davidson Credit Corp.