## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Douglas Edward Tranter, Jr.   *   Chapter 13 20-11543AMC

### CERTIFICATE OF SERVICE

I, Seth P. Maltzman, Esquire, hereby certify that on the date stated below

served the following parties the foregoing Amended Chapter 13 Plan dated 5/22/2020

by First Class Mail, postage prepaid:

Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Amazon
Synchrony Bank
PO Box 960013
Orlando, FL 32896

American Heritage
2060 Red Lion Road
Phila., PA 19115

Care Credit
Synchrony Bank
PO Box 960061

Chase/Slate
PO Box 15298
Wilmington, DE 19850

Fifth 3rd Mortgage Loan Servicing
PO Box 630412
Cincinnati, OH 45263

Greensky
PO Box 2153
Birmingham, AL 35287

Harley Davidson Credit Corp.
PO Box 15129
Palatine, IL 60055

Heather Kranz
302 Evans Court
Mt. Laurel, NJ 08054

Jefferson Health
PO Box 785992
Philadelphia, PA 19178

Lowes
PO Box 530970
Atlanta, GA 30353

Macy's
PO Box 9001094
Louisville, KY 40290

Mattress Firm
Synchrony Bank
PO Box 960061
Orlando, FL 32896

Rothman Institute
PO Box 412423
Boston, MA 02241

Target Card services
PO Box 669170
Dallas, TX 75266

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197

Wells Fargo
PO Box 14525
Des Moines, IA 50306

Respectfully submitted,

Dated: 6/11/2020

_____
Seth P. Maltzman, Esquire