*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Douglas Edward Tranter, Jr.
    Debtor(s)

Case No: 20–11543–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Modify Plan Filed by Douglas Edward Tranter Jr. Represented by SETH P. MALTZMAN (Counsel).

on: 9/21/22

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/26/22

Timothy B. McGrath
Clerk of Court

46 – 44
Form 167