United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11543-amc |
| Douglas Edward Tranter, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 29, 2022 | Form ID: 167 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Edward Tranter, Jr., 2326 Kenilworth Road, Ardmore, PA 19003-2944 |
| 14482212 | + | Fifth 3rd Mortgage Loan Servicing, PO Box 630412, Cincinnati, OH 45263-0412 |
| 14482213 | + | Greensky, PO Box 2153, Birmingham, AL 35287-0002 |
| 14482214 | + | Harley Davidson Credit Corp, PO Box 15129, Palatine, IL 60055-0001 |
| 14482215 | + | Heather M. Kranz, 302 Evans Court, Mount Laurel, NJ 08054-4204 |
| 14482216 | + | Hether M. Kranz, 302 Evans Court, Mount Laurel, NJ 08054-4204 |
| 14482217 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14583483 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14482221 | + | Rothman Institute, PO Box 412423, Boston, MA 02241-2423 |
| 14495726 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496004 | + | Toyota Motor Credit Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14482224 | + | Wells Fargo, PO Box 14525, Des Moines, IA 50306-3525 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14482208 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:49:56 | Amazon, Synchrony Bank, PPO Box 960013, Orlando, FL 32896-0001 |
| 14482209 | + | Email/Text: broman@amhfcu.org | Aug 29 2022 23:40:00 | American Heritage, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14482210 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:49:56 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14482219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2022 23:50:01 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14503907 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2022 23:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14503206 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 29 2022 23:40:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14504145 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 29 2022 23:40:00 | GreenSky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14504392 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 29 2022 23:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14503751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2022 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14482211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2022 23:50:00 | Chase/Slate, PO Box 15298, Wilmington, DE 19850 |
| 14491740 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 29 2022 23:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

Case 20-11543-amc  Doc 49  Filed 08/31/22  Entered 09/01/22 00:29:01  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: 167 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14482218 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:50:01 | Lowes, PO Box 530970, Atlanta, GA 30353-0970 |
| 14482220 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:49:51 | Mattress Firm, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14504069 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:49:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14501503 | + | Email/Text: bncmail@w-legal.com | Aug 29 2022 23:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14482223 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 29 2022 23:40:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14482222 | + | Email/Text: bncmail@w-legal.com | Aug 29 2022 23:40:00 | Target Card Services, PO box 660170, Dallas, TX 75266-0170 |
| 14495726 | ^ | MEBN | Aug 29 2022 23:36:51 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14493701 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 29 2022 23:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14492615 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 29 2022 23:49:52 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor FIFTH THIRD BANK ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Aug 29, 2022    Form ID: 167    Total Noticed: 31

| | |
|---|---|
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MARISA MYERS COHEN | on behalf of Creditor FIFTH THIRD BANK ecfmail@mwc-law.com  mcohen@mwc-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SETH P. MALTZMAN | on behalf of Debtor Douglas Edward Tranter  Jr. sethmaltzman@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Douglas Edward Tranter, Jr.
    Debtor(s)

Case No: 20−11543−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*SECOND RESCHEDULING NOTICE\*\*\*
Motion to Modify Plan Filed by Douglas Edward Tranter Jr.
Represented by SETH P. MALTZMAN (Counsel).

on: 10/11/22

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/29/22

Timothy B. McGrath
Clerk of Court

48 − 44
Form 167