UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   * CHAPTER 7
DOUGLAS EDWARD TRANTER, JR.   * NO. 20-11543 AMC
    Debtor   *

## ORDER

AND NOW, this _____ day of _____ 2022, upon consideration of Debtor's Application to Modify Plan after Confirmation, it is ORDERED and DECREED that said Application is GRANTED.

Debtor shall pay $31,461.14 within thirty (30) days in addition to the $9,835.59 already paid into the Plan prior to this Order.

BY THE COURT:

**Date: November 16, 2022**

_____
                            J.