UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  * CHAPTER 13
DOUGLAS EDWARD TRANTER, JR.  * NO. 20-11543
    Debtor  *

## STIPULATION

The Movant, Douglas Edward Tranter, Jr., and the U.S. Standing Chapter 13 Trustee agree that pursuant to the Amended Plan filed on November 2, 2022, the lump sum payment stated in the Order of November 16, 2022 is incorrect and should be $30,000.00 to be paid within thirty (30) days. It is further agreed that the Order of November 16, 2022 should be amended to reflect a credit to Debtor in the amount of $11,796.00 and future monthly payments of $541.42 for 28 months. In all other respects the Order should remain in effect.

Dated: 11/16/2022

_____
Seth P. Maltzman, Esquire
Attorney for Movant, Douglas E. Tranter, Jr.

Dated: November 16, 2022

/s/ Jack K. Miller, Esquire,
Staff Attorney for Kenneth E. West
_____
Jack K. Miller, Esquire for
Kenneth E. West, Chapter 13 Standing Trustee

Approved and entered by the Court this _____ day of _____, 2022.

_____
B.J.