United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11543-amc |
| Douglas Edward Tranter, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Douglas Edward Tranter, Jr., 2326 Kenilworth Road, Ardmore, PA 19003-2944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 19, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor FIFTH THIRD BANK ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MARISA MYERS COHEN | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor FIFTH THIRD BANK ecfmail@mwc-law.com mcohen@mwc-law.com

SETH P. MALTZMAN
on behalf of Debtor Douglas Edward Tranter Jr. sethmaltzman@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 \* CHAPTER 13
DOUGLAS EDWARD TRANTER, JR.     \* NO. 20-11543
         Debtor                          \*

## STIPULATION

The Movant, Douglas Edward Tranter, Jr., and the U.S. Standing Chapter 13 Trustee agree that pursuant to the Amended Plan filed on November 2, 2022, the lump sum payment stated in the Order of November 16, 2022 is incorrect and should be $30,000.00 to be paid within thirty (30) days. It is further agreed that the Order of November 16, 2022 should be amended to reflect a credit to Debtor in the amount of $11,796.00 and future monthly payments of $541.42 for 28 months. In all other respects the Order should remain in effect.

Dated: 11/16/2022

_____
Seth P. Maltzman, Esquire
Attorney for Movant, Douglas E. Tranter, Jr.

Dated: November 16, 2022

/s/ Jack K. Miller, Esquire,
Staff Attorney for Kenneth E. West

_____
Jack K. Miller, Esquire for
Kenneth E. West, Chapter 13 Standing Trustee

Approved and entered by the Court this _____ day of _____, 2022.

**Date: November 17, 2022**

_____
B.J.