Certificate Number: 17572-PAE-DE-034233637

Bankruptcy Case Number: 20-11543



17572-PAE-DE-034233637

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 14, 2020</u>, at <u>5:46</u> o'clock <u>PM PDT</u>, <u>Douglas E Tranter Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 14, 2020</u>          By:    <u>/s/Kristina Milicevic</u>

                                      Name:  <u>Kristina Milicevic</u>

                                      Title: <u>Counselor</u>