United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11543-amc |
| Douglas Edward Tranter, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 28, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Edward Tranter, Jr., 2326 Kenilworth Road, Ardmore, PA 19003-2944 |
| 14482212 | + | Fifth 3rd Mortgage Loan Servicing, PO Box 630412, Cincinnati, OH 45263-0412 |
| 14482214 | + | Harley Davidson Credit Corp, PO Box 15129, Palatine, IL 60055-0001 |
| 14482215 | + | Heather M. Kranz, 302 Evans Court, Mount Laurel, NJ 08054-4204 |
| 14482216 | + | Hether M. Kranz, 302 Evans Court, Mount Laurel, NJ 08054-4204 |
| 14482217 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14482221 | + | Rothman Institute, PO Box 412423, Boston, MA 02241-2423 |
| 14496004 | + | Toyota Motor Credit Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14482224 | + | Wells Fargo, PO Box 14525, Des Moines, IA 50306-3525 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 29 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 29 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14482208 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:38:52 | Amazon, Synchrony Bank, PPO Box 960013, Orlando, FL 32896-0001 |
| 14482209 | + | Email/Text: broman@amhfcu.org | Feb 29 2024 00:32:00 | American Heritage, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14482210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:12 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14482219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:39:49 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14503907 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14503206 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 29 2024 00:32:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14504145 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 29 2024 00:27:00 | GreenSky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14482213 | ^ | MEBN | Feb 29 2024 00:24:56 | Greensky, PO Box 2153, Birmingham, AL 35287-0002 |
| 14504392 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 29 2024 00:27:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14503751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 14482211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 00:39:29 | Chase/Slate, PO Box 15298, Wilmington, DE 19850 |
| 14491740 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 29 2024 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14482218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:11 | Lowes, PO Box 530970, Atlanta, GA 30353-0970 |
| 14482220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:38:52 | Mattress Firm, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14583483 | + | Email/Text: bankruptcy1@pffcu.org | Feb 29 2024 00:27:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14504069 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794446 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:38:56 | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |
| 14501503 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:32:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14482222 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:27:00 | Target Card Services, PO box 660170, Dallas, TX 75266-0170 |
| 14482223 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 29 2024 00:27:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14495726 | ^ | MEBN | Feb 29 2024 00:24:53 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14493701 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 29 2024 00:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14492615 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 00:39:15 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14750471 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 00:50:43 | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Fifth Third Bank N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor FIFTH THIRD BANK nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARISA MYERS COHEN | on behalf of Creditor FIFTH THIRD BANK ecfmail@mwc-law.com mcohen@mwc-law.com |
| MARK A. CRONIN | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SETH P. MALTZMAN | on behalf of Debtor Douglas Edward Tranter Jr. sethmaltzman@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Douglas Edward Tranter, Jr.
      Debtor(s)

Case No: 20−11543−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/28/24