United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11543-amc |
| Douglas Edward Tranter, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Douglas Edward Tranter, Jr., 2326 Kenilworth Road, Ardmore, PA 19003-2944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

**Name**                **Email Address**

ANDREW M. LUBIN
              on behalf of Creditor Fifth Third Bank  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANDREW M. LUBIN
              on behalf of Creditor FIFTH THIRD BANK nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com

ANNE M. AARONSON
              on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
              mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

DENISE ELIZABETH CARLON
              on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KENNETH E. WEST
              ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
              on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: 195 | Total Noticed: 1 |

btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARISA MYERS COHEN

on behalf of Creditor FIFTH THIRD BANK ecfmail@mwc-law.com mcohen@mwc-law.com

SETH P. MALTZMAN

on behalf of Debtor Douglas Edward Tranter Jr. sethmaltzman@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Douglas Edward Tranter, Jr. : Case No. 20−11543−amc

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 7, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                 By The Court

                                                 Ashely M. Chan
                                                 Judge, United States Bankruptcy Court